IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DISCOUNT PAYMENT PROCESSING, INC.,

    Plaintiff,

v.

APPLIED CARD SYSTEMS, INC.,

    Defendant.

Civ. Action No.: 2:10-CV-01236
*Electronically Filed*

Judge Terrence F. McVerry

## DISCOUNT PAYMENT PROCESSING, INC'S RESPONSE TO PORTFOLIO SPECIALITIES, LLC'S MOTION TO INTERVENE

On July 5, 2011, Portfolio Specialties, LLC ("Portfolio Specialities") filed its motion to intervene in this action. This constitutes the response of Plaintiff, Discount Payment Processing, Inc. ("Plaintiff") to that motion.

Plaintiff does not oppose Portfolio Specialties' Motion to intervene.

Dated: July 19, 2011

    Respectfully submitted,

    WOODS OVIATT GILMAN, LLP

    By: /s/ Warren B. Rosenbaum
        Warren B. Rosenbaum, Esq.
    wrosenbaum@woodsviatt.com
    F. Michael Ostrander, Esq.
    mostrander@woodsoviatt.com
    700 Crossroads Building
    Rochester, New York 14614
    (585) 987-2800

and

MCGUIRE WOODS LLP
Ronald W. Crouch
(PA ID No.: 35155)
James W. Pfeifer
(PA ID No.: 207036
jpfeifer@mcguirewoods.com
McGuire Woods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, Pennsylvania 15222
(412) 667-6000

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on this 19th day of July, 2011, I caused a true and correct copy of the foregoing to be served on counsel of record via the Court's Case Management/Electronic Case File (CM/ECF) System.

/s/ Warren B. Rosenbaum
Counsel for Discount Payment Processing, Inc.